660 A.2d 1323

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Roland SANTARLASCI, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 26, 1995.

Decided June 20, 1995.

---

100

Dante G. Bertani, Public Defender and L. Abram Smith, Asst. Public Defender, for appellant.

John J. Driscoll, Dist. Atty. and L.W. Koenig, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.